UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carlos David Garcia Gonzalez (A-Number: 234-684-278),<br><br>Petitioner,<br><br>v.<br><br>Warden of California City Detention Facility,<br><br>Respondent. | No. 1:26-cv-07709-KES-EPG (HC)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND REQUIRING BOND HEARING WITHIN FOURTEEN (14) DAYS<br><br>Doc. 1 |

Petitioner Carlos David Garcia Gonzalez is an immigration detainee proceeding pro se with a petition for writ of habeas corpus and motion for temporary restraining order. Docs. 1, 4. On September 25, 2026, respondent filed an answer and opposition to petitioner's habeas petition and motion for temporary restraining order. Doc. 9. Respondent states that petitioner is detained pursuant to 8 U.S.C. § 1226(a). Doc. 9 at 1. Respondent argues that if petitioner "seeks a bond hearing, he can motion the immigration court for a bond hearing." Doc. 9 at 3. But by filing the instant petition for habeas corpus, petitioner is affirmatively seeking such a custody redetermination.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondent is ORDERED to provide petitioner Carlos David Garcia Gonzalez (A-Number: 234-684-278) with a

bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within fourteen (14) days of this Order. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within fourteen (14) days, then respondent must release him.[1]

Respondent is ORDERED to provide petitioner with a copy of this Order upon his release. The Clerk of Court is directed to terminate the findings and recommendations and any pending motions as moot. The Clerk is directed to close this case and to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: October 6, 2026

UNITED STATES DISTRICT JUDGE

[1] This Order does not address the circumstances in which respondents may detain petitioner in the event he becomes subject to an executable final order of removal.